# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv20

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>61 East Marshall Street, Waynesville, )<br>Haywood County, North Carolina, as )<br>described in a deed at Deed Book RB )<br>719, Page 327 in the Public Registry )<br>of Haywood County, North Carolina, )<br>being real property, together with the )<br>residences, and all appurtenances, )<br>improvements, and attachments )<br>thereon, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Status Report and Response to Order to Show Cause [Doc. 11].

The Government has filed a status report detailing its efforts to prosecute this action and requests an additional sixty (60) days within which to complete the case. [Doc. 11]. For the reasons stated in the status report, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government shall have an additional (60) days from the entry of this Order within which to complete the prosecution of this action.

**IT IS SO ORDERED.**

Signed: January 31, 2012

Martin Reidinger
United States District Judge

2

Case 1:11-cv-00020-MR -DLH   Document 12   Filed 02/01/12   Page 2 of 2