# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv20

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| 61 East Marshall Street, Waynesville, ) | |
| Haywood County, North Carolina, as ) | |
| described in a deed at Deed Book RB ) | |
| 719, Page 327 in the Public Registry ) | |
| of Haywood County, North Carolina, ) | |
| being real property, together with the ) | |
| residences, and all appurtenances, ) | |
| improvements, and attachments ) | |
| thereon, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Status Report and Response to Order to Show Cause [Doc. 11].

The Government has filed a status report detailing its efforts to prosecute this action and requests an additional sixty (60) days within which to complete the case. [Doc. 11]. For the reasons stated in the status report, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government shall have an additional (60) days from the entry of this Order within which to complete the prosecution of this action.

**IT IS SO ORDERED.**

Signed: January 31, 2012

Martin Reidinger
United States District Judge