THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | DEFAULT JUDGMENT, |
| vs. | ) | ENTRY OF JUDGMENT, |
| | ) | AND FINAL ORDER OF |
| 61 East Marshall Street, Waynesville, Haywood County, North Carolina, as described in a deed at Deed Book RB 719, Page 327 in the Public Registry of Haywood County, North Carolina, being real property, together with the residences, and all appurtenances, improvements, and attachments thereon, et al., | ) | FORFEITURE |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Motion of the United States for an Order directing Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981, 18 U.S.C. § 983 and 21 U.S.C. § 881. [Doc. 16]. For the reasons stated

in the Government's Motion and no further response being necessary, the Motion is granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTY**:

    **(a)** **61 East Marshall Street, Waynesville, Haywood County, North Carolina, as described in a deed at Deed Book RB 719, Page 327 in the Public Registry of Haywood County, North Carolina, being real property, together with the residences, and all appurtenances, improvements, and attachments thereon,**

    **(b)** **2004 Dodge Ram Truck 2500 VIN: 3D7KU28C44G180419; and**

    **(c)** **1998 Mercedes Benz VIN: WDBJF65F6WA636183**

[Doc. 16] is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein, subject to the Settlement Agreement between the United States and Jackson Savings Bank, S.S.B. [Doc. 13]; and

3. The United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: April 9, 2012

Martin Reidinger
United States District Judge

3